UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

H. Michael Caplan,

    Plaintiff(s),

CASE NO: 0:23-CV-62030-RLR

vs.

Omni Auction Corp and SEVILLE
General Partners,

    Defendant(s),
_____/

**REPORT OF MEDIATOR**

    The undersigned, Martin A. Soll, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 01/31/2024. The results of the Mediation Conference are as follows:

- ☐ All required parties were present *or*.
- ☐ The following required parties were not present: _____
- ☒ An agreement was reached.
- ☐ A **confidential** settlement agreement was reached.
- ☐ No agreement was reached.
- ☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator.
- ☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- ☐ Other: _____.

                                                Respectfully Submitted:

                                                */s/ Martin A. Soll, Esq.*
                                                Martin A. Soll, Esq.
                                                Florida Bar Number: 150320
                                                John W. Salmon, Esq.
                                                Florida Bar Number: 271756
                                                John@sd-adr.com, service@sd-adr.com
                                                Salmon & Dulberg Dispute Resolution
                                                1395 Brickell Avenue, Suite 800, Miami, Florida 33131
                                                Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record