# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62030-RLR

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

OMNI AUCTION CORP., a Florida Profit Corporation and SEVILLE GENERAL PARTNERS, a Florida General Partnership,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Michael Caplan, and Defendants, Omni Auction Corp. and Seville General Partners ("the Parties"), by and through their undersigned attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs, and expenses other than those specified in a Confidential Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| By: *Ronald E. Stern* | By: *Todd William Shulby* |
| Ronald E. Stern, Esq. | Todd William Shulby, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 068365 |
| Ronnette Gleizer, Esq. | TODD W. SHULBY, P.A. |
| Florida Bar No. 87417 | 1792 Bell Tower Lane |
| THE ADVOCACY LAW FIRM, P.A. | Weston, FL 33326 |
| 1835 E Hallandale Beach Blvd., # 757 | Telephone: (954) 530-2236 |
| Hallandale, Florida 33009 | Facsimile: (954) 530-6628 |
| Telephone: (954) 639-7016 | Email: tshulby@shulbylaw.com |
| Facsimile: (954) 639-7198 | Attorney for Defendants |
| Email: ronsternlaw@gmail.com | |
| Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62030-RLR

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

OMNI AUCTION CORP., a Florida Profit Corporation and SEVILLE GENERAL PARTNERS, a Florida General Partnership

      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN